JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 22-5376-KK(JEMx)** | Date: | December 5, 2023 |
|---|---|---|---|
| Title: | *Engineer.ai Corporation v. Appy Pie LLC et al* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Dismissing the Instant Action for Failure to Prosecute

   Plaintiff Engineer.ai Corporation ("Plaintiff") commenced this action by filing a Complaint in this Court on August 2, 2022.  ECF Docket No. ("Dkt.") 1.  Plaintiff subsequently filed a First Amended Complaint ("FAC") on September 13, 2022.  Dkt. 9.

   On November 25, 2022, defendant Appy Pie LLP filed a Motion to Strike the FAC.  Dkt. 16.  On November 28, 2022, defendant Appy Pie LLC filed a Motion to Dismiss the FAC and a Motion to Strike the FAC.  Dkts. 18, 19.  On January 11, 2023, Plaintiff voluntarily dismissed its second through fifth claims without prejudice and filed an Opposition to the Motion to Dismiss and Motions to Strike filed by defendants Appy Pie LLP and Appy Pie LLC (collectively, "Defendants").  Dkts. 23, 24.

   On June 13, 2023, the Court granted defendant Appy Pie LLC's Motion to Dismiss the FAC and Defendants' Motions to Strike insofar as they challenged the Court's subject matter jurisdiction, personal jurisdiction, and the sufficiency of Plaintiff's first, sixth, and seventh claims.  Dkt. 29.  The remaining first, sixth, and seventh claims in the FAC were, therefore, dismissed without prejudice.  Id.  The Court ordered Plaintiff to file a second amended complaint no later than 90 calendar days from the date of its Order.  Id.  Hence, the second amended complaint was due no later than September 11, 2023, however Plaintiff failed to file a timely second amended complaint.[1]

---

[1] The Court further notes Plaintiff's request for an extension of time to file a second amended complaint was denied.  Dkt. 36.

      Hence, on November 22, 2023, the Court issued an Order to Show Cause regarding why this case should not be dismissed for Plaintiff's failure to prosecute and comply with court orders.  Dkt. 39.  On December 1, 2023, Plaintiff filed a response to the Order stating it "does not object to a dismissal order[.]"  Dkt. 40.

      Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order.  See Fed. R. Civ. P. 41(b).  Based on Plaintiff's failure to comply with Court orders and consent to dismissal, the Court hereby DISMISSES the instant action without prejudice.  IT IS FURTHER ORDERED that the Clerk of Court shall close this action.

    **IT IS SO ORDERED.**